## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STREAM TV NETWORKS, INC., and TECHNOVATIVE MEDIA, INC. | |
|---|---|
| Debtors-in-Possess | C.A. No. 2:24-cv-02727-JMG |
| v. | |
| REMBRANDT 3D HOLDING LTD. | |
| Creditor | |
| AND | |
| WILLIAM A. HOMONY | |
| Trustee. | |

## DESIGNATION OF RECORD

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 69 | 4/3/2023 | Declaration re: of Christopher A. Michaels in Opposition of Hawk Emergency Motion for Relief from the Automatic Stay (Dkt. No. 16) |
| 69-1 | 4/3/2023 | Exhibit A |
| 303 | 7/24/2023 | Transcript regarding hearing held on 6/27/2023 |
| 303-1 | 7/24/2023 | Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction |
| 426 | 9/27/2023 | Transcript regarding hearing held on 9/22/2023 |
| 426-1 | 9/27/2023 | Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction |
| 427 | 9/27/2023 | Transcript regarding hearing held on 9/25/2023 |
| 427-1 | 9/27/2023 | Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction |
| 628 | 5/2/2024 | Rembrandt's Objection to Claim No. 6 by Hawk, No. 9 by SLS, and No. 14 by SeeCubic |

| | | |
|---|---|---|
| 629 | 5/2/2024 | Notice of Objection to Claims by Rembrandt 3D Holding re [628] |
| 630 | 5/6/2024 | Motion to Approve Compromise under Rule 9019 by Wm. A. Homony, Chptr 11 Trustee |
| 630-1 | 5/6/2024 | Exhibit A - Sharing and Carve-Out Agreement |
| 630-2 | 5/6/2024 | Proposed Order |
| 630-3 | 5/6/2024 | Certificate of Service |
| 631 | 5/6/2024 | Notice of [630] Motion to Approve Compromise |
| 632 | 5/8/2024 | Certificate of Service by BMC Group re [630] [631] |
| 634 | 5/9/2024 | Amended Notice of Objection to Claims 6, 9, and 14 by Rembrandt 3D re [628] |
| 638 | 5/14/2024 | Amended Notice of [630] Motion to Approve Compromise under Rule 9019 |
| 639 | 5/16/2024 | Hawk's Response to Rembrandt's Obj to Proofs of Claim Nos. 6, 9, 14 re [628] |
| 640 | 5/16/2024 | SLS Holdings' Resp to Rembrandt's Obj to Proofs of Claim Nos. 6, 9, 14, re [628] |
| 642 | 5/20/2024 | Visual Semi's Obj to Mtn of Chptr 11 Trustee to Approve Compromise re [630] |
| 642-1 | 5/20/2024 | Exhibit A - Copy of Asset List VSI Provided to Trustee |
| 642-2 | 5/20/2024 | Exhibit B - True and Correct Excerpts of Debtor's 8-12-2023 Complaint |
| 642-3 | 5/20/2024 | Exhibit C - True and correct copy of VSI Proposal dated 5-19-2024 |
| 642-4 | 5/20/2024 | Exhibit D - True and correct copy of Cystar Purchase Order |
| 642-5 | 5/20/2024 | Exhibit E - True and Correct Copy of SoTel Purchase Order |
| 642-6 | 5/20/2024 | Certificate of Service |
| 643 | 5/20/2024 | Rembrandt's Objection to Motion to Approve Compromise re [630] |
| 643-1 | 5/20/2024 | Declaration of Christopher A. Michaels |
| 643-2 | 5/20/2024 | Exhibit 1 |
| 643-3 | 5/20/2024 | Exhibit 2 |
| 643-4 | 5/20/2024 | Proposed Order |

| 650 | 6/4/2024 | Homony's Resp to Rembrandt's Obj to Proofs of Claim Nos. 6, 9, 14 re [640, 628, 639] |
| 651 | 5/20/2024 | Evidentiary Hearing held on [630] Motion to Approve Compromise under Rule 9019 |
| 653 | 5/20/2024 | ORDER Granting Motion to Approve Compromise under Rule 9019 [630] |
| 671 | 6/17/2024 | Proposed Order Denying Obj of Rembrandt 3D to Proofs of Claim Nos. 6, 9, and 14 |
| 676 | 6/18/2024 | Hearing held on [635] Objection by Rembrandt 3D Holding; Objection overruled. |
| 679 | 6/20/2024 | Order Denying Rembrandt"s Objection to Proofs of Claims Nos. 6, 9, 14 re [628] |

Dated: July 5, 2024

*/s/ Andrew DeMarco*
Andrew DeMarco, Esq. (PA Bar No. 326294)
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Rembrandt 3D Holding Ltd.*