IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STREAM TV NETWORKS, INC., and TECHNOVATIVE MEDIA, INC. | : : : : | |
| Debtors-in-Possession | : : | C.A. No. 2:24-cv-02727-JMG |
| v. | : : | |
| REMBRANDT 3D HOLDING LTD. | : : | |
| Creditor | : : | |
| AND | : : | |
| WILLIAM A. HOMONY | : : | |
| Trustee. | : : | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), appellee in the appeal noticed by Rembrandt 3D Holding Ltd. ("Rembrandt" or the "Appellant"), on June 20, 2024 (the "Appeal"), files this Designation of Additional Items to be Included in the Record on Appeal (the "Designation") in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal.

1

## DESIGNATION

1. On June 6, 2024, the Court entered the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 653]. On June 20, 2024, the Appellant filed a Notice of Appeal to the District Court [D.I. 685]. On July 5, 2024, the Appellant filed the Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal [Appeal D.I. 2].

2. The Trustee respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009:[1]

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 548 | 1/5/2024 | Memorandum Opinion Regarding Appointment of Chapter 11 Trustee |
| 549 | 1/5/2024 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 554 | 1/9/2024 | Notice of Appointment of William A. Homony, CIRA as Chapter 11 Trustee |
| 670 | 6/17/2024 | Transcript regarding hearing held on 6/05/2024 |

## RESERVATION OF RIGHTS

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire

---

[1] Unless otherwise indicated, all designated items include attached exhibits and declarations.

4867-3352-1104 v1

>Obermayer Rebmann Maxwell & Hippel LLP
>Centre Square West
>1500 Market Street, Suite 3400
>Philadelphia, PA 19102
>Telephone: (215) 665-3066
>Facsimile: (215) 665-3165
>E-mail addresses:
>edmond.george@obermayer.com
>michael.vagnoni@obermayer.com
>*Counsel to William Homony, Chapter 11 Trustee*
>
>and
>
>Steven M. Coren, Esquire
>Andrew J. Belli, Esquire
>COREN & RESS, P.C.
>Two Commerce Square
>2001 Market Street, Suite 3900
>Philadelphia, PA 19103
>Tel: (215) 735-8700
>Fax: (215) 735-5170
>scoren@kcr-law.com
>abelli@kcr-law.com
>*Special Counsel to William Homony, Chapter 11 Trustee*

Dated: July 19, 2024