IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STREAM TV NETWORKS, INC.
Vs
REMBRANDT 3D HOLDING LTD

:     C.A. No. 24-2727

:

# NOTICE

The Supplemental record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 7 /24/24 has been assigned to the Honorable John F. Murphy

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

GEORGE WYLESOL
Clerk of Court

By: *[signature]*
Joseph Gerard Lavin, Deputy Clerk

civ651.frm
(06/2016)