**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| REMBRANDT 3D HOLDING, LTD, | : | |
|     Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| STREAM TV NETWORKS, INC., *et al.*, | : | Civil No. 2:24-cv-02727-JMG |
|     Debtors-in-Posess. | : | |
| | : | |
| and | : | |
| | : | |
| WILLIAM HOMONY, *et al.,* | : | |
|     Trustees. | : | |

---

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC., | : | |
|     Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| STREAM TV NETWORKS, INC., *et al.*, | : | Civil No. 2:24-cv-06397-JMG |
|     Debtors-in-Posess. | : | |
| | : | |
| and | : | |
| | : | |
| WILLIAM HOMONY, *et al.,* | : | |
|     Trustees. | : | |

---

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC., | : | |
|     Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| STREAM TV NETWORKS, INC., *et al.*, | : | Civil No. 2:24-cv-06498-JMG |
|     Debtors-in-Posess. | : | |
| | : | |
| and | : | |
| | : | |
| WILLIAM HOMONY, *et al.,* | : | |
|     Trustees. | : | |

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC., *et al.*,<br>　　　　　　　　Appellants,<br><br>　　　　　v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>　　　　　　　　Debtors-in-Posess.<br><br>　　and<br><br>WILLIAM HOMONY, *et al.,*<br>　　　　　　　　Trustees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

| | Civil No. 2:24-cv-06617-JMG |

**ORDER**

**AND NOW**, this    5th    day of June, 2025, in the cases captioned above, and upon consideration of the Notice of Stipulation of Substitution of Counsel (ECF No. 23), **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **TERMINATE** Donald N. David, Randall Adam Swick, and John H. Thompson of Akerman LLP.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **ADD** Matthew B. Weisberg, L. Anthony DiJiacomo, III, and Gary Schafkopf of Weisberg Law.

BY THE COURT:

 */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge