**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Possession,<br><br>v.<br><br>REMBRANDT 3D HOLDING LTD.,<br>Creditor,<br><br>AND<br><br>WILLIAM A. HOMONY,<br>Trustee. | Civil No. 2:24-cv-02727-JMG |

**STIPULATED DISMISSAL AGREEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023(a)**

Appellant Rembrandt 3D Holding Ltd. ("Rembrandt") and Appellee William A. Homony, in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee"), through their respective counsel, agree and stipulate as follows:

WHEREAS, on June 20, 2024, Rembrandt filed a notice of appeal in *In re: Stream TV Networks, Inc., et al.*, Bankr. E.D. Pa. No. 23-10763-djb (the "Bankruptcy Case," with notice of appeal docketed under Bankruptcy Case D.I. 685) as to the bankruptcy court's order dated June 6, 2024 (Bankruptcy Case D.I. 653);

WHEREAS, the resulting appeal was docketed in this Court under the above caption on June 21, 2024;

WHEREAS, on December 18, 2024, this Court entered an order consolidating the above-captioned appeal for scheduling and briefing purposes only with three other appeals from the Bankruptcy Case docketed in this Court under Nos. 24-cv-06397, 24-cv-6498, and 24-cv-06617

(the "VSI Appeals"), in which third party Visual Semiconductor, Inc. ("VSI") is either the sole appellant or a co-appellant with Rembrandt;

WHEREAS, VSI is not a party to the instant appeal, which involves only Rembrandt and the Trustee;

WHEREAS Federal Rule of Bankruptcy Procedure 8023(a) states that "[t]he clerk of the district court . . . must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due";

it is hereby STIPULATED and AGREED between Rembrandt and the Trustee, who are all of the parties to the above-captioned appeal, that this appeal shall be dismissed, with all parties to bear their own costs and fees.

| | |
|---|---|
| /s/ Andrew DeMarco | /s/ Steven M. Coren |
| Andrew DeMarco, Esquire | Steven M. Coren, Esquire |
| DEVLIN LAW FIRM LLC | COREN & RESS, P.C. |
| 1526 Gilpin Ave | Two Commerce Square, Suite 3900 |
| Wilmington, DE 19806 | 2001 Market Street |
| 302-449-9010 | Philadelphia, PA 19103 |
| Fax: 302-353-4251 | Telephone: (215) 735-8700 |
| Email: ademarco@devlinlawfirm.com | scoren@kcr-law.com |
| | |
| *Counsel to Rembrandt 3D Holding Ltd.* | and |
| | |
| | /s/ Michael D. Vagnoni |
| | Michael D. Vagnoni, Esquire |
| | Edmond M. George, Esquire |
| | OBERMAYER REBMANN MAXWELL & HIPPEL LLP |
| | Centre Square West |
| | 1500 Market Street, Suite 3400 |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 665-3066 |
| | michael.vagnoni@obermayer.com |
| | |
| | *Counsel to the Trustee* |